■ IRONWOOD, L.L.C., et al., Respondents, v JGB PROPERTIES, LLC, Appellant. (Appeal No. 3.) [994 NYS2d 881]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered January 23, 2014. The order denied defendant's motion to dismiss.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ In the Matter of DANIEL JONES, Appellant, v ERIE COUNTY CLERK'S OFFICE, Respondent. (Appeal No. 1.) [994 NYS2d 882]—Appeal from an order of the Supreme Court, Erie County (Penny M. Wolfgang, J.), dated June 26, 2012. The order dismissed the proceeding for lack of personal jurisdiction.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985, 985 [1990]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ In the Matter of DANIEL JONES, Appellant, v ERIE COUNTY CLERK'S OFFICE, Respondent. (Appeal No. 2.) [994 NYS2d 882]—Appeal from an order of the Supreme Court, Erie County (Penny M. Wolfgang, J.), dated October 31, 2012. The order granted the motion of petitioner for leave to reargue and, upon reargument, adhered to a prior order dismissing the proceeding for lack of personal jurisdiction.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Rattley v New York City Police Dept.*, 96 NY2d 873, 875 [2001]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.